IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00403-WJM-BNB

JAY CLEARY,

Plaintiff,

v.

THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN (PLAN 503) and
EMPLOYEE BENEFIT PLANS COMMITTEE,

Defendants.
_____

**ORDER**
_____

The parties appeared today for a scheduling conference and presented competing proposed scheduling orders. The plaintiff contends that this case involves more than the review of an administrative record and that there are factual issues in dispute which require a trial before a fact finder for resolution. Consequently, the plaintiff presented a scheduling order in the form of Appendix F.1 to the local rules of practice, D.C.COLO.LCivR. Defendant Employee Benefit Plans Committee contends that all claims are properly resolved based on the review of an administrative record and that no trial is appropriate. The defendants' proposed scheduling order was in the form of Appendix F.2, D.C.COLO.LCivR.

IT IS ORDERED:

1. The plaintiff shall file a motion (not to exceed ten pages) with authority in support of the use of the form of Appendix F.1 on or before **May 20, 2011**, providing especially authority for the assertion that the Second Claim for Relief is not subject to determination based

on the review of an administrative record and that a trial to a fact finder is necessary;

      2.      The defendants shall file a response to the motion (not to exceed ten pages) on or before **June 3, 2011**, providing especially authority for the assertion that the plaintiff's Second Claim for Relief is subject to determination based on the review of an administrative record and that no trial to a fact finder is necessary or appropriate; and

      3.      The plaintiff shall file a reply (not to exceed five pages) on or before **June 13, 2011**.

      Dated May 10, 2011.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge