IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00403-WJM-BNB

JAY CLEARY,

Plaintiff,

v.

EMPLOYEE BENEFIT PLANS COMMITTEE,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to File Amended Complaint** [docket no. 78, filed March 16, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Amended Complaint [79]. Parties are to take note of the additional parties to be added to the caption.

DATED: March 16, 2012