IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-00403-WJM-BNB | Date: September 25, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| JAY CLEARY<br>**Plaintiff(s)**<br><br>v.<br><br>THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN (PLAN 503)<br>UNITED HEALTH ALLICANCE WELFARE BENEFITS PLAN for HERITAGE BOEING EMPLOYEES<br>UNITED LAUNCH ALLIANCE ADMINISTRATIVE COMMITTEE<br>**Defendant(s)** | *Brian A. Murphy*<br><br><br><br>*Franz Hardy*<br>*Ross A. Hoogerhyde*<br>*Dean A. McConnell* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 10:02 a.m.

Appearance of counsel.

Argument presented on [100] Motion for Leave to Conduct Discovery Regarding the Existence and Extent of Any Conflict of Interest.

**ORDERED:** Motion is taken under advisement, written order to issue.

Court in Recess: 10:20 a.m.   Hearing concluded.   Total time in Court: 00:18

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119