IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00403-WJM-BNB

JAY CLEARY,

Plaintiff,

v.

THE BOEING COMPANY EMPLOYEE AND WELFARE BENEFIT PLAN (PLAN 303),
UNITED LAUNCH ALLIANCE WELFARE BENEFITS PLAN FOR HERITAGE BOEING
EMPLOYEES, and
UNITED LAUNCH ALLIANCE ADMINISTRATIVE COMMITTEE,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of my Order denying the plaintiff's Motion for Leave to Conduct Discovery [Doc. # 100,

IT IS ORDERED:

(1) Plaintiff's **Motion to Stay Briefing Pending Court's Ruling on Plaintiff's Motion for Leave to Conduct Discovery [etc.]** [Doc. # 113] is DENIED; and

(2) The case schedule is modified to the following extent:

•Deadline for filing Plaintiff's Opening Brief: **November 30, 2012**;

•Deadline for filing Defendant's Response Brief: **December 21, 2012**;

•Deadline for filing Plaintiff's Reply Brief: **January 11, 2013**.

IT IS FURTHER ORDERED that the hearing set for November 27, 2012, is **VACATED**.

DATED: November 15, 2012